IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00476-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY MARTINEZ,

    Defendant.

---

## MINUTE ORDER[1]

---

On April 11, 2013, the court conducted a telephonic setting conference to reset the change of plea hearing for this defendant. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 2, 2013**, commencing at 11:00 a.m., the court shall conduct the change of plea hearing in this case; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: April 11, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.