**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**


Date:                    August 14, 2013

Courtroom Deputy:  Kathleen Finney
Court Reporter:       Tracy Weir
Probation Officer:    Laura Ansart

---

**Criminal Action No.  12-cr-00476-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,          David Conner

      Plaintiff,

v.

GARY MARTINEZ,                             Scott Varholak

      Defendant.

---

**SENTENCING MINUTES**

---

**1:37 p.m.      Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relative to sentencing is the following documents: the **Defendant's Sentencing Statement, Motion for Downward Departure, and Motion for Variant Sentence** [#35] filed July 18, 2013.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:the portion of the defendant's paper, entitled **Motion for Downward Departure and Motion for Variant Sentence** [#35] is **GRANTED**, insofar as consistent with the court's foregoing findings and conclusions and the following orders;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **time served**;

5. That on administrative release from custody of the United States Marshal, which may take up to 24 hours, the defendant shall be placed on supervised release for a term of **three (3) years**;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

- all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised release:

  - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

  - that the defendant shall not possess or use illegally controlled substances;

  - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

  - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

  - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

  - that at defendant's expense, the defendant shall, unless then indigent, undergo a mental health evaluation and an alcohol substance abuse evaluation, and thereafter, at defendant's expense receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court; that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the PSR to any person or entity responsible for or involved in the treatment, therapy, counseling, testing, or education of the defendant; provided furthermore, the defendant shall remain medication compliant, which means he shall take all medications

prescribed by his treating physician, psychiatrist, or licensed mental health professional involved in his care, treatment, and therapy; furthermore, the defendant shall cooperate and submit to random blood testing as requested by such licensed mental health professional to ensure that a therapeutic level of any prescribed medication is maintained in and for his best interest;

7.      That no fine is imposed;

8.      That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9.      That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

10.     That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence which should result in his release from physical custody not later than 24 hours from this time.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**2:11 p.m.      Court in recess.**

Total time in court: 00:34.

Hearing concluded.