IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00476-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. GARY MARTINEZ,

     Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on August 14, 2013,

**IT IS ORDERED** that Defendant Gary Martinez is sentenced to **time served**.

Dated: August 14, 2013

                                              BY THE COURT:

                                              s/ Robert E. Blackburn
                                              ROBERT E. BLACKBURN,
                                              UNITED STATES DISTRICT JUDGE